**No. 52993.**—Goodwin Johnson, Inc., et al. *v.* United States, protests 80821–K, etc. (New York).

Opinion by Ekwall, J. It was stipulated that the issue herein is the same in all material respects as that presented in *Mamary Bros., Inc.* v. *United States* (21 Cust. Ct. 135, C. D. 1142). In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries involved. The protests were sustained to this extent.

**No. 52994.**—Excelsior Merchandising Corp. et al. *v.* United States, protests 118850–K, etc. (New York).

Opinion by Johnson, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained. The protests were overruled in all other respects.

**No. 52995.**—The Old Quaker Co. et al. *v.* United States, protests 119504–K, etc. (Indianapolis).

Opinion by Johnson, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained. The protests were overruled in all other respects.

**No. 52996.**—Balfour Guthrie & Co., Ltd., et al. *v.* United States, protests 124427–K, etc. (Los Angeles).

Opinion by Johnson, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained. The protests were overruled in all other respects.

**No. 52997.**—Park & Tilford Import Corp. *v.* United States, protests 132170–K, etc. (Louisville).

Opinion by Johnson, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained. The protests were overruled in all other respects.